Trousdale County Chancery
Court at Hartsville

Justin W. Downs ) CASE# 1994
)
V. ) Jury Demand
)
Trousdale Turner Corr. facility / )
CORECIVIC / )
Vincent Vantell )
)

## Violation of Civil RIGHTS

Comes before this honorable Court Pro-Se Justin W. Downs
to report and document the internal corruption from
The individuals in positions of authority at this
Institution of Correction Trousdale Turner Corr. facility /
CORECIVIC. Enclosed is a Statement of facts Claiming
Direct Violations of Tennessee State Constitution, United
States constitution, and TCA Law, Starting 8-1-24
through 9-18-24.

File for Record
THIS 2 DAY OF December 2024
9:27 A.M OF _____ P.M.

Erika McCain
Clerk & Master
Deputy C & M
Trousdale County
Hartsville, TN 37074

I Justin W. Downs an inmate housed at
Trousdale Turner Correctional Center / CORECIVIC
in Hartsville TN have Consistantly over the
Span of Time Starting 8-1-2024 had my Constitutional
rights violated Both United States Constitution and
Tennessee State Constitution daily.

1. On 8-1-24 Between 4pm and 5pm I Inmate Justin W.
Downs Approached LT. Cunningham on the sidewalk
outside the Gym/Education Building and informed
him that 2 other inmates had told me I needed
to pay them $50 that day or they would Beat
Me. LT. Cunningham told me to go to Delta unit
where I was housed and give my information to
SGT. SMITH which I complyed. I went into Delta unit
where SGT. smith and C/O NWOSU was in the Rotunda/Hall,
I walked to SGT. smith told him I was the inmate
who LT. Cunningham radioed about. I went to
walk back to Delta unit Front door when SGT. Smith started
yelling at me to put my hands on the wall, which
I complied. I was then handcuffed/restrained behind my
back, at which time SGT. smith grabbed my arm and
tried to lead me back to the pod Delta charlie where
those responsible for Threatening me were housed/lived.
I was in Fear and had informed LT. Cunningham, and
SGT. smith of The incident where I was Threatened and

Case 3:25-cv-00130 Document 1-2 Filed 02/07/25 Page 2 of 38 PageID #:
(1)

2. On 8-1-24 I was Deprived of my personal property
that was bought and payed for By my family and
Myself with proof of ownership. On 8-1-24
Trousdale Turner Correctional facility / CORECIVEC
Sgt. Smith's disregard and negligent actions for
my personal wellbeing, my property, and his duty as
a person of authority lead to The loss, theft, or
misplacement of my personal property.
TDOC Policy and procedure #506.16 Living Conditions of
Segregrated Inmates under Personal Property States...
"The property of Inmates being segregated Shall be Searched,
Inventoried, stored, and/or disposed of according to
policy # 504.02 by staff before property leaves the
Sending unit, the transfer of property is to occure
within Eight (8) hours of the Inmates segregation
placement."
Sgt. Smith's disregard to follow this policy resulted
In The deprivation of my personal property in Value
of $475.60.

I resisted Being lead back into that harmful situtation and Sgt. Smith slammed me on the floor landing on my back. I was struggling to Breath and was in fear so I started trying to roll to catch my Breath at which time C/o Nwosu came up and pulled her peper spray out, I was struggling so she sprayed me with a lot of peper spray. I was then escorted to Medical & Segregation.

3. On 8-2-24 After being segregated I Asked Capt. Smith and LT. Hill for cleaning supplys to clean my cell as there was food smeared / Filth all over the walls, Looks like Dried blood on the walls, Both Vents were plugged with dirt and grime, floor covered In Dust and dirt, all I requested was to clean my cell and The reply I recieved from Capt Smith was "general population has Cleaning Supplys".

4. On 8-2-24 while the officers were Feeding Lunch trays, The C/o DeJator told me LT. Hill had told him not to feed me a tray. I Asked to speak to LT. Hill and told the pod officer I needed to talk to Mental Health that I was having Mental health issues and I had PTSD and need some help. They 'Delators, LT Hill' Would not call for help until I started Cutting myself, Tieing Sheet around my

(2)

I was then taken to the institutional Infirmary where
Dr. Guest admitted me to suicide watch.

5. Between 8-2-24 and 8-3-24 an officer had Brought
what was left of my personal property to the infirmary.
On 8-5-24 I was discharged from suicide watch at
which time I was Allowed to inspect my personal property,
on Camera In the infirmary. After inspecting my property,
I found $475.60 worth of property missing including
Cloths, Jewlery, Electronics, All of my property was payed
for By myself, my family, and I have proof of ownership
through Approved Vender Union Supply Direct reciepts.

6. I Asked to Speak with institutional investigator via
Inmate Request Form with no response. I filed grievences
For not ensuring my saftey when I asked LTi cunningham,
and SGT.Smith to help me Because 2 other inmates were
trying to extort me and threatened me if I didn't pay.
The grievence was Deemed inappropriate and returned to
me. I filed a grievence about my property which was
ruled inappropralte as well.

7. Since 8-1-24 Thru 8-26-24 I only recieved (1) one
Shower per week. The policy for segregated inmates is
(3) three Showers per week. policy is set By TCA 4-3-603,
TCA 4-3-606, and Prison Rape Elimination Act. Showers only
(8-6-24, 8-12-24, 8-22-24, 8-26-24)

8. The treatment I have Been recieving By the Trousdale Turner Corr. Center/CORECIVIC staff has been inhumane, cruel and malicious. I have made known to the staff and the staff in the Positions of Authority refuse to follow the Law of humanity, Direct violation of State Law, United States Constitution, and Tennessee State Constitution articl 1 daily. When you ask for help to ensure my safty and security I was handcuffed and The staff SGT. Smith tried to drag me into the pod in which I was in danger. Then to cover up the Disregard for my safty I Was charged with institutional displinary. I have Been diagnosed PTSD and need Proper treatment and counseling to deal with my mental anguish and Emotional trauma I have Been forced to endure.

9. The staff are supposed to make 2 checks, every 30 mins per hour to check the Security and Wellbeing of Those of us in segregation But forge and fraulantly fill out the unit/Pod Logbooks and Segregation Check Sheets, when They don't make security/wellbeing checks. Some times we don't see any staff for 2 or 3 two or three hours.

I am seeking help outside Because when I Asked for help here I found nothing But coruption and Direct

Case 3:23-cv-01189   Document 1-2   Filed 11/08/23   Page 6 of 38 PageID #: 10

(4)

10. On 9-18-2024 around 12 noon, I informed Capt. Ajee Smith along with Chief Carter, A.W. Huggins and the chief of Security that the Ventilation system for the cells were not working and the response I recieved infront of A.W. Huggins, Chief Carter, and the chief of security was "Echo building has air go to the compound." at Which time the Above named staff of Authority started laughing like inhumane treatment is funny. Camera footage from Alpha Charlie pod on/between 11:55am - 12:05 noon 9-18-24 will show proof.

° I am seeking relief from the Mental anguish, Emotional trauma, and detriment to my mental health and well being due to the neglect for humane treatment. I Agreed to Tennessee Dept. of Corrections where I could get Corrective treatment, Jobs skills training, Mental health treatment, where TDOC policey and proceedures are the rule and are enforced. I agreed to go to TDOC on my guilty judgement Because I knew how TDOC will treat those under their care. This Institution Trousdale Turner corr. center CORE CIVIC does not follow TDOC policy and procedures, There fore They are in Violation of their Contract and of TCA 4-3-603, TCA 4-3-606, as well as USC Amendments 5th, ammendments 8th and Tenn. Const. Article 1 § 8, § 16, § 21, § 32.

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

    B.   Defendant(s) against whom this lawsuit is being brought:

        1.   Name of the first defendant: _LT. Cunningham_

            Place of employment of the first defendant: _Trousdale Turner Corr, Center_
_CORECIVIC_

            First defendant's address: _140 Macon Way_
_Hartsville TN 37074_

            Named in official capacity?    ✓ Yes    ___ No
            Named in individual capacity?   ✓ Yes    ___ No

        2.   Name of the second defendant: _SGT. SMITH_

            Place of employment of the second defendant: _Trousdale Turner Corr, Center_
_CORECIVIC_

            Second defendant's address: _140 Macon Way_
_Hartsville TN 37074_

            Named in official capacity?    ✓ Yes    ___ No
            Named in individual capacity?   ✓ Yes    ___ No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

II.    JURISDICTION

    A.   Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

        If you wish to assert jurisdiction under different or additional statutes, you may list them below:

Constitution of The State of Tennessee Article 1 §
    Declaration of Rights:
    § 8, § 16, § 21, § 32

U.S.C. 5th ammendment, 8th ammendment, 14th amendment

3) Name of Third Defendant: C/O Nwosu

Place of employment fc Third defendant: Trousdale Turner Corr. Center / Corecivic

Third Defendants Address: 140 macon way
                                    Hartsville TN 37074

Named in official Capacity? ✓ yes ___ NO

Named in Individual Capacity? ✓ yes ___ No

4) Capt: AJEE Smith

Place of Employment: Trousdale Turner Corr. Center / CORECIVIC

Address: 140 macon Way
             Hartsville TN 37074

Named in a official Capacity? ✓ yes ___ No

5) LT: E. Hill

Place of Employment: Trousdale Turner Corr. Center / CORECIVIC

Address: 140 macon Way
             Hartsville TN 37074

Named in official Capacity? ✓ yes ___ NO

Named in individual Capacity ✓ yes ___ No

6) Vincent Vantell

Place of Employment: Trousdale Turner Corr. Center / CORECIVIC

140 macon way
Hartsville TN 37074

Named in official Capacity: ✓ yes ___ No

Name

7) Chief. Carter

Place of Employment

Trousdale Turner Correctional Facility / CORECIVIC

address

140 Macon Way

Hartsville TN 37074

Named in official Capacity: ___✓ yes ___ NO

8) A.W. Huggins

Place of Employment

Trousdale Turner Corrections facility / CORECIVIC

Address

140 Macon Way

Hartsville TN 37074

Named in official Capacity: ___✓ yes ___ NO

III.    PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

A.    Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?          ___Yes          ✓No

B.    If you checked the box marked "Yes" above, provide the following information:

1.    Parties to the previous lawsuit:

Plaintiffs    _____

Defendants    _____ N/A _____

        _____

2.    In what court did you file the previous lawsuit? _____ N/A _____

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

3.    What was the case number of the previous lawsuit? _____ N/A

4.    What was the Judge's name to whom the case was assigned? _____

5.    What type of case was it (for example, habeas corpus or civil rights action)? _____ N/A _____

6.    When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) _____ N/A _____

7.    What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? _____ N/A _____

8.    When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.) _____ N/A _____

9.    Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit?          ___Yes    ___No

*(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

IV.    EXHAUSTION

A.    Are the facts of your lawsuit related to your present confinement?

___✓Yes          ___No

B.    If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _____
_____
_____

C.    Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

___✓Yes          ___No

*(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

D.    Have you presented these facts to the prison authorities through the state grievance procedure?          ___✓Yes          ___No

E.    If you checked the box marked "Yes" in question III.D above:

1.    What steps did you take? I filed grievence's and redeved a response on showers, The Grievence Chairwoman Sent Back my grievences for

2.    What was the response of prison authorities? Property and The neglect for my Safty & Security; was abuseing The grievence procedure. That I can't have more than one grievenc at a time,

F.    If you checked the box marked "No" in question IV.D above, explain why not. _____
_____
_____
_____

G.    Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?          ___Yes          ___✓No

H.    If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility?          ___Yes          ___No

I.    If you checked the box marked "Yes" in question III.H above:

1.    What steps did you take? _____
_____

2. What was the response of the authorities who run the detention facility?_____

_____

_____

J. If you checked the box marked "No" in question IV.H above, explain why not. _____

_____

_____

_____

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

_Tennessee Constitution Article 1 Declaration of Rights: §8, §16,§21, §32 ; United States Constitution 8th amendment, 5th amendment, 14th amendment_

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

Relief Requested

I ask this honorable Court for relief in the Sum
of But not limitted the Following..
Transfer to a Tennessee Dept of Corrections institution
under Care and Control of TDOC employees, Following
TDOC policys and procedures Just as my Judgement
of sentence is marked TDOC. Immediate Mental
Health Evaluation and Treatment for all Diagnoses as
a result of Evaluation. Housing at a TDOC facility
Where I can get Vocational Training in Horticulture,
Welding, Barbering, and Treatment For Alcohol and
Drug Abuse, Jobs Skills and work Training. Reimbursement
of personal property. Treatment for the Mental
anguish I have endured and panitive damages for
the disregard and negligent treatment of me as
a human In Value of $300 per day until This Case
has Been settled Starting on 8-1-24. I have
Currently started using (Fintenal) and now Struggle
With opiate Dependency as a result of Being at
this Institution to Numb the trauma. I request
Speculative damages for the personal Action taken
place By said Defendents in this Brief.
The gross negligence of Trousdale Turner Correction
Facility / CORECIVIC Staff named in this complaint
has Caused me to try to Commit suicide, has
put me in Danger and has lead to the loss of my
personal property, Mental anguish, Emotional duress
and more.



## TENNESSEE DEPARTMENT OF CORRECTION
## INAPPROPRIATE GRIEVANCE NOTIFICATION

TO: __Downs, Justin__  __526490__  __AC-209__
  INMATE NAME (Printed)  TDOC NUMBER  HOUSING UNIT

FROM: __S9o Christian__,  Grievance Chairperson
  _____
  Inmate TDOC Grievance Number

DATE: __8-30-24__

SUBJECT: __ADS__

---

**THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE.** Your Grievance is being returned to you due to the following reason(s):

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

---

**THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY.** Grievance forms not properly completed or contain insufficient information for processing shall be returned to the inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you due to the following reason(s):

1. No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.
2. You did not: a) Sign and date, and/or b) state your "Requested Solution"
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]
4. _____
   _____
   _____
   _____

*Reminder:*  *You have SEVEN CALENDAR DAYS FROM THE DATE THE INCIDENT OCCURRED to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to the Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.*

__S9o C Christi__
Grievance Chairperson

CR-3689 (Rev. 12-16)  *Duplicate as Needed*  RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

Justin W. Downs                526490                TTCC-AC209
_____        _____        _____
NAME                                    NUMBER                    INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: On 8-1-2024 around 16:15-16:40 I Approched LT. Cuningham
on The Wallkway outside the East side gym at which time I Informed
him I was in fear of Bodily harm, Injury, or death ⊗ Because an

REQUESTED SOLUTION: To Be housed at a Safe + Secure Institution of
Correction and Those CoreCivic Staff involved Be held accountable For such
Grievous Acts Against human life and Liberty along with Incompatables agains
all Staff Named In This Grievance for fear of future Endangerment of my life + libi

Justin D                                                    8-6-2024
_____                        _____
Signature of Grievant                                        Date

==================================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____        _____        _____
Grievance Number                Date Received                Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
_____                        _____
                      New Due Date                                Signature of Grievant

==================================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____        CHAIRPERSON: _____

Do you wish to appeal this response?        _____ YES        _____ NO

If yes:    Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____        _____        _____
          GRIEVANT                                    DATE                                WITNESS

Distribution Upon Final Resolution:
         White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                              Page 1 of 2                              RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM: Affiliation/Gang was Attempting to extort me when They (Affiliation) figured out some how That I had a sum of money on my Jpay account and I needed to refuse cell assignment For Fear of Bodily harm, Injury or death. LT. Cunningham Radioed Delta unit SGT. Smith That There was an RCA Inmate inroute To take his info and start a seg packet. LT. Cunningham told me to go give SGT. Smith my info. I then proceeded to Delta unit and met SGT. Smith in the rohtundra where I told him "It was me Justin W. Downs TDOC #526490 who LT. Cunningham radioed about." I proceeded to walk Towards Delta unit front door at which time SGT. Smith Started yelling for me to "put my hands On the wall," while he pointed his OC spray Can in my direction. I Complyed Then was Restrained (cuffed) Behind my Back. SGT. Smith Then Tried To lead me into Delta Charlie pod where I was refusing Cell assignment For Fear of retaliation and Bodily harm or death. I struggled and resisted the Forceful Act of trying to put my Body + life in Harms way. I was Then Slammed on The floor with SGT. Smith landing on my back hindering my Breathing, C/O NWOSU Came to Aid in the assistence of SGT. Smith with her OC spray prepared to discharge. I tried to roll over so I could Breath and C/O Nwosu Discharged her OC spray on my face. I respected The Chain of command By going To The authority LT. Cunningham who sent me to Sgt. Smith who Then restrained me To Try to Force me into Delta Charlie pod where I was in Fear of harm or Death. Once I Informed LT. Cunningham That I was in Fear of Bodily Harm, Injury, or Death He (LT. Cunningham) should have Taken Immediate Action to ensure The Safty and security of myself, Justin W. Downs #526490. after which an internal Investigation would have Been Conducted to ensure the Safty and security of myself Justin W. Downs #526490 who is a human Being. Instead a use of force was Used against me (Justin Downs #526490) to Cover up The Neglect of human life and Well Being when in danger.

#526490

8-6-2024

Distribution Upon Final Resolution:

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                    Page 2 of 2                    RDA 2244

Case 3:25-cv-00136    Document 1-2    Filed 02/07/25    Page 17 of 38 PageID #: 21



# TENNESSEE DEPARTMENT OF CORRECTION
## INAPPROPRIATE GRIEVANCE NOTIFICATION

TO: <u>Downs, Justin</u>      <u>526490</u>      <u>AC-209</u>
     INMATE NAME (Printed)       TDOC NUMBER      HOUSING UNIT

FROM: <u>S⁹⁄₀ Christian</u>,     Grievance Chairperson
                                     Inmate TDOC Grievance Number

DATE: <u>8-30-24</u>

SUBJECT: <u>PRO</u>   ~~(Property Safe and 8-9-24)~~

---

## THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE. Your Grievance is being returned to you due to the following reason(s):

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

---

## THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY. Grievance forms not properly completed or contain insufficient information for processing shall be returned to the inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you due to the following reason(s):

1. No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.
2. You did not a) Sign and date, and/or b) state your "Requested Solution"
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]
4. _____
_____
_____
_____

*Reminder:*  *You have SEVEN CALENDAR DAYS FROM THE DATE THE INCIDENT OCCURRED to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to the Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.*

<u>S⁹⁄₀ C Christi___</u>
Grievance Chairperson

CR-3689 (Rev. 12-16)            *Duplicate as Needed*            RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

Justin W. Downs                526490                Alpha Unit
_____                _____                Trousdale Turner Corr. Center
NAME                           NUMBER               INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: On 8-1-24 on or around 16:40 I refused cell assignment from Delta building Rotundra. I then was placed in Segregation without my property. The following day 8-2-24 I was placed in The Infirmary

REQUESTED SOLUTION: My Personal property Be Found & replaced Since It was Error on the Institution-Staff who lost my property and allowed Inmates to pack my property and did not Account/Inventory my property as policy States.

_____                        _____ 9-9-24
Signature of Grievant                                              Date

================================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____          _____                _____
Grievance Number          Date Received              Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____          _____
                      New Due Date                  Signature of Grievant

================================================================

## INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____          CHAIRPERSON: _____

Do you wish to appeal this response? _____ YES _____ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____     _____     _____
GRIEVANT                        DATE                    WITNESS

Distribution Upon Final Resolution:
    White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                    Page 1 of 2                         RDA 2244


DESCRIPTION OF PROBLEM: On Suicide Watch without my property. That was more than Eight hours later.

Living Condition For segregated Inmates policy Index# 506.16 under personal property. The property of Inmates Being segregated Shall Be Searched, inventoried, Stored, or disposed of In accordance with policy#502.02 By staff Before the property leaves the Sending unit (Delta), the transfer of property is to occur within Eight (8) hours of Inmates Segregation placement.

SGT. Smith let inmates pack my property at which time my personal property Including Electronics, Jewelery, Cloths & Toiletrys went missing. The Value of missing property Is $475.60. I have Receipts to prove Ownership. When SGT. Smith Escorted me to medical for placement in Alpha unit, he should have Secured my property, Inventoried my property By staff help only, not inmates. Therefore It is his responsibility and must be held accountable for my missing property. My Family works hard For The property that has Been lost and I would greatly appreciate if It is found and/or replaced.

As of 9-9-24, I still have not recieved my Log of Property/Inventory Sheet.



# TENNESSEE DEPARTMENT OF CORRECTION
## INAPPROPRIATE GRIEVANCE NOTIFICATION

TO: _Davis, Justin_     _526490_     _AC-209_
      INMATE NAME (Printed)      TDOC NUMBER      HOUSING UNIT

FROM: _S⁹⁄₀ Christian_ , Grievance Chairperson

                                           Inmate TDOC Grievance Number

DATE: _9·23·24_

SUBJECT: _UNIT_

---

**THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE.** Your Grievance is being returned to you due to the following reason(s):

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

---

**THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY.** Grievance forms not properly completed or contain insufficient information for processing shall be returned to the inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you due to the following reason(s):

1. No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook, Page 7, First Level of Review.*
2. You did not: a) Sign and date, and/or b) state your "Requested Solution"
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]
4. _____

---

Reminder:   *You have SEVEN CALENDAR DAYS FROM THE DATE THE INCIDENT OCCURRED to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to the Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.*

                                    _S⁹⁄₀ C Christian_
                                          Grievance Chairperson



# TENNESSEE DEPARTMENT OF CORRECTION
## INAPPROPRIATE GRIEVANCE NOTIFICATION

TO: _Down, JUSTIN_     _526490_     _AC-209_
         INMATE NAME (Printed)      TDOC NUMBER      HOUSING UNIT

FROM: _S/o Christian_ , Grievance Chairperson

DATE: _9-16-24_                                    Inmate TDOC Grievance Number

SUBJECT: _OPP_          _9-19-24 - sent out again_

THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE. Your Grievance is being returned to you due to the following reason(s):

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY. Grievance forms not properly completed or contain insufficient information for processing shall be returned to the Inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you due to the following reason(s):

1. No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.
2. You did not: a) Sign and date, and/or b) state your "Requested Solution"
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]
4. _Need to do a Lost/Stolen Property....._
   _Need the Full Grievance....._

*Reminder:* *You have SEVEN CALENDAR DAYS FROM THE DATE THE INCIDENT OCCURRED to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to the Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.*

_S/o C Christian_
Grievance Chairperson

CR-3689 (Rev. 12-16)          *Duplicate as Needed*          RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

**DOWNS, Justin**      **526490**      **TTCC Alpha**
NAME          NUMBER          INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: On 8-1-24 on/around 16:40 I refused cell assignment from delta unit rotrundra. I then was placed in segregation without my property. The following day I was placed in the

REQUESTED SOLUTION: My property be found and/or replaced since it was error on the staff to follow policy 506.16 and they did not secure my property like they are supposed to, and caused the loss/misplacement of my property.

Justin _____      9-19-24
     Signature of Grievant              Date

===============================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____    _____    _____
Grievance Number       Date Received       Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____      _____
         New Due Date          Signature of Grievant

===============================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____      CHAIRPERSON: _____

Do you wish to appeal this response?     _____ YES     _____ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____    _____    _____
      GRIEVANT             DATE            WITNESS

Distribution Upon Final Resolution:
     White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)          Page 1 of 2          RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**     **(continuation sheet)**

DESCRIPTION OF PROBLEM: Infirmary on suicide watch without my property, that was more than 12 hours later.

Living Conditions for Segregated Inmates policy index# 506.16 under personal Property states:

The property of Inmates Being segregated shall Be searched, inventoried stored, or disposed of In accordance with policy #502.02 By STAFF before the property leaves the sending unit (~~Deco~~) The transfer of property is to occur within Eight hours of Inmates segregation placement.

When I asked a %o in the infimary to Call sgt smith about my property, Sgt. Smith relayed a message saying my property was in Delta rotundra Inmate Bathroom. why was my property in the Bathroom? My property was not searched, Inventoried or ~~stored~~ stored in accordance to policy. When I was Discharged from suicide watch on 8-5-24 I inspected my property In The Infirmary on camera where I relized I was missing cloths, Electronics, Jewlery total Value $475.00.

As of today 9-19-24 This is an Ongoing issue Because I Still have not recieved any of my property which I Bought and payed for and have the receipts to prove ownership.

TDOC policy 506.16 is under Authority of TCA 4-3-603, and 4-3-6067 and the PREA Act of 2003

Distribution Upon Final Resolution:

White - Inmate Grievant     Canary – Warden     Pink – Grievance Committee     Goldenrod – Commissioner (if applicable)

# LOST/DAMAGED/STOLEN PERSONAL PROPERTY CLAIM

| Facility | T.T.C.C. | Date of Occurrence | 8-1-24 -Thru- 8-5-24 |
|---|---|---|---|
| Inmate/Resident Name | Justin Downs | Inmate/Resident Number | 526490 |
| Housing Assignment | AlPHACharlie -209 | Claim Number Assigned (For Staff Use Only) | |
| Printed Name of Assigned Investigator (For Staff Use Only) | | | |

## LOST OR DAMAGED PROPERTY (If additional space is necessary, attach additional form)

| Quantity | Item | Estimated Value |
|---|---|---|
| 1 | Headphone extention | $ 3.15 |
| 1 | Skull Candy Inked Earbuds | $ 12.75 |
| 2 | Sweat Pant gray | $ 31.90 |
| 2 | Sweatshirt gray | $ 25.90 |
| 1 | Sterling Silver chain curb 24inch length | $ 42.85 |
| 1 | Premium 210 flatbill fitted Hat. Gray Size S/M | $ 15.35 |
| 1 | Sterling Silver Jesus Face Pendent | Total Estimated Value $ 22.95 |

## ~~STOLEN PROPERTY~~ ~~(If additional space is necessary, attach additional form)~~

| Quantity | Item | Estimated Value |
|---|---|---|
| 1 | Sangean SR-32CL mini analog Am/Fm Radio | $ 22.95 |
| | | $ . |
| | | $ . |
| | | $ . |
| | | $ . |
| | | $ . |
| | **Total Estimated Value** | $ 475.60 |

## EXPLAIN CIRCUMSTANCE SURROUNDING LOSS/DAMAGED/STOLEN PROPERTY

on 8-1-2024 I refused cell assignment from delta rotunda, SGT. SMITh retrieved what property was Brought to me while I was In the infirmary on suicide watch, when I was discharged from suicide watch on 8-5-24 I looked throu The property That had Been Brought to The infirmary upon inspection in the infirmity on Camera none of the Items listed was in my property, I have filed a grievence with my recieps attached with a Lost/Stolen/Damaged property Claim attached as well, Sgt. Smith did not follow policy in searching

Proof of Ownership Attached (i. e., receipts) ☑ **YES** (All Receipts were attached to the original 14-6D)

| Inmate/Resident Signature | *(signature)* | | |
|---|---|---|---|
| Inmate/Resident ID Number | # 526490 | Date: | 9-19-2024 |

cc: Inmate/Resident
cc: Property File

PROPERTY OF CORRECTIONS CORPORATION OF AMERICA

# LOST/DAMAGED/STOLEN PERSONAL PROPERTY CLAIM

| Facility | Trousdale Turner Correctional Center | Date of Occurrence | 8-1-24 thru 8-3-24 |
|---|---|---|---|
| Inmate/Resident Name | Justin W. Downs | Inmate/Resident Number | 526490 |
| Housing Assignment | ALPHA CHARLIE 209 | Claim Number Assigned (For Staff Use Only) | |
| Printed Name of Assigned Investigator (For Staff Use Only) | | | |

## LOST OR DAMAGED PROPERTY (If additional space is necessary, attach additional form)

| Quantity | Item | Estimated Value |
|---|---|---|
| 1 | 15 inch 'RCA' Clear TV without speakers | $ 175.95 |
| 1 | RCA remote Control | $ 8.75 |
| 1 | Westbend Clear Lamp w/ light bulb | $ 18.50 |
| 1 | Emerson Clear (5) outlet Surge protector strip | $ 17.95 |
| 1 | Koss CL-20 Clear headphones 6' Cord | $ 39.50 |
| 1 | Black retro Sunglasses | $ 7.65 |
| 1 | Geneva Clear digital watch    Total Estimated Value | $ 19.75 |

## STOLEN PROPERTY (If additional space is necessary, attach additional form)

| Quantity | Item | Estimated Value |
|---|---|---|
| | | $ . |
| | | $ . |
| | | $ . |
| | | $ . |
| | | $ . |
| | | $ . |
| | **Total Estimated Value** | $ . |

## EXPLAIN CIRCUMSTANCE SURROUNDING LOSS/DAMAGED/STOLEN PROPERTY

retrieving, or Storing my property as well as not sending my property In the 8 hours of my segregation placement which resulted in the Loss, misplacement, or theft of my property. policy# 506.16 under personal property for living Conditions for segregated inmates. I have attached my receipts to prove ownership of my property.

Proof of Ownership Attached (i. e., receipts) ☑ YES (All Receipts were attached to the original 14-6D)

| Inmate/Resident Signature | Justin Downs | | |
|---|---|---|---|
| Inmate/Resident ID Number | # 526490 | Date: | 9-19-2024 |

cc: Inmate/Resident
cc: Property File

PROPERTY OF CORRECTIONS CORPORATION OF AMERICA



**UNION SUPPLY** ™
**Direct**

3321 Toy Road
Groveport, OH 43125
Phone: 855-247-4940
Fax: 888-857-6219
www.UNIONSUPPLYGROUP.com

REMIT TO:
Union Supply Direct
P.O. Box 619059
Dallas, TX 75261-9059

| SLMN | SALES ORDER | PICK TICKET # | SHIP VIA | PAYMENT METHOD | ORDER SOURCE |
|---|---|---|---|---|---|
| 409 | | PL8241604 | UPSFI | UAC | Mail-T |

| BILL TO: | SHIP TO: | ATTENTION |
|---|---|---|
| | TROUSDALE TURNER CORR CENTER 140 MACON WAY HARTSVILLE, TN 37074 | 5649189026 |

| QTY ORD | QTY SHP | ITEM # | DESCRIPTION | SIZE | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| Special Notes No special notes. | | | | | | | |
| 1 | 1 | 4044156 | RCA 15" CLEAR HD TELEVISION WITHOUT SPEAKERS | 15" | EA | 175.95 | 175.95 |
| 1 | 1 | 4044158 | RCA REMOTE CONTROL (2018) | | EA | 8.75 | 8.75 |
| 1 | 1 | 4099222 | WEST BEND CLEAR LAMP WITH 25 WATT BULB | | EA | 18.50 | 18.50 |
| 1 | 1 | 6099027 | LIGHTBULB 25 WATT SINGLE 120/CS | EACH | EA | 2.15 | 2.15 |

**Misc Charges**

| Code | Description | Quantity | Amount |
|---|---|---|---|
| IDCREDIT | ID Credit | 1.00 | -0.41 |

Total $ Lost or Stolen $475.60

Tracking#1Z271E7F0305473174
Total Qty Shipped:    4

**Paid In Full**

\*\* Component of a promotional item; Item will not be included in contents of package.

| | |
|---|---|
| SUBTOTAL | 205.35 |
| MISC CHARGES | -0.41 |
| SALES TAX | 19.01 |
| TOTAL | 223.95 |
| AMOUNT RECEIVED | 223.95 |
| REFUND ISSUED | 0.00 |



**UNION SUPPLY Direct**

3321 Toy Road
Groveport, OH 43125
Phone: 855-247-4940
Fax: 888-857-6219
www.UNIONSUPPLYGROUP.com

REMIT TO:
Union Supply Direct
P.O. Box 619059
Dallas, TX 75261-9059

| SLMN | | SALES ORDER | PICK TICKET # | SHIP VIA | PAYMENT METHOD | | ORDER SOURCE |
|---|---|---|---|---|---|---|---|
| 409 | | | PL8492558 | UPSFI | CCD | | WEB |

| BILL TO: | SHIP TO: | ATTENTION |
|---|---|---|
| | TROUSDALE TURNER CORR CENTER 140 MACON WAY HARTSVILLE, TN 37074 | 5649583646 |

| QTY ORD | QTY SHP | ITEM # | DESCRIPTION | SIZE | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| Special Notes No special notes. | | | | | | | |
| 1 | 1 | 1045315085 | NIKE REVOLUTION 6 RUNNING WHITE | 8.5 | PR | 79.95 | 79.95 |
| 1 | 1 | 4510149 | BLACK SPEEDSTER RETRO SUNGLASSES 1.20 OZ. | | EA | 7.65 | 7.65 |
| 1 | 1 | 4001064 | 6' HEADPHONE EXTENSION CABLE | 6' | EA | 3.15 | 3.15 |
| 1 | 1 | 3531008 | EVERLAST LOW CUT SOCK WHITE (6 PACK) | 9-11 | PK | 10.95 | 10.95 |
| 1 | 1 | 2514015D | JAM JERSEY SHORT NO PKT EXTRA LONG INSEAM GRAY HEATHER | L | EA | 10.95 | 10.95 |
| 1 | 1 | 4030308 | GENEVA CLEAR PLASTIC DIGITAL WATCH WITH LIGHT NO ALARM | | EA | 19.75 | 19.75 |
| 1 | 1 | 4001046 | EMERSON CLEAR 2' FIVE OUTLET SURGE PROTECTOR STRIP | | EA | 17.95 | 17.95 |
| 1 | 1 | 4014017 | SKULLCANDY INK'D IN EAR CLEAR EARBUDS | | EA | 12.75 | 12.75 |
| 2 | 2 | 3027040C | URBAN STREET SWEATPANT- NO POCKET-NO DRAWSTRING- GRAY | MEDIUM | EA | 15.95 | 31.90 |
| 2 | 2 | 2530085D | GILDAN SWEAT SHIRT GRAY | L | EA | 12.95 | 25.90 |
| 1 | 1 | 6045035 | STERLING SILVER CHAIN CURB 24" LENGTH | | EA | 42.85 | 42.85 |
| 1 | 1 | 2501088T | PREMIUM 210 FLAT BILL FITTED HAT HEATHER GRAY S/M | SML/MED | EA | 15.35 | 15.35 |
| 1 | 1 | 6045023 | STERLING SILVER PENDANT FACE OF JESUS 18MM DIAMETER | | EA | 22.95 | 22.95 |
| 1 | 1 | 2599068C | UNISEX PAJAMA SET KIT L/S GRAY | MEDIUM | SET | 12.75 | 12.75 |



3321 Toy Road
Groveport, OH 43125
Phone: 855-247-4940
Fax: 888-857-6219
www.UNIONSUPPLYGROUP.com

REMIT TO:
Union Supply Direct
P.O. Box 619059
Dallas, TX 75261-9059

| 3 | 3 | 3525057C | PRO-5 BOXER BRIEF - WHITE (1 PACK) | MEDIUM | EA | 4.75 | 14.25 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | 4044158 | RCA REMOTE CONTROL | | EA | 8.75 | 8.75 |
| 1 | 1 | 4032025 | SANGEAN SR-32CL MINI ANALOG AM/ FM RADIO (CLEAR) | | EA | 22.95 | 22.95 ✓ |
| 1 | 1 | 4020101 | KOSS CL-20 CLEAR HEADPHONES 6' CORD | | EA | 39.50 | 39.50 ✓ |
| 1 | 1 | 6099027 | LIGHTBULB 25 WATT (SINGLE BULB) | EACH | EA | 2.15 | 2.15 |
| 1 | 1 | 4099222 | WEST BEND CLEAR CLAMP-ON LAMP  WITH LIGHT BULB | | EA | 18.50 | 18.50 |

Tracking#1Z271E7F0305847805
Total Qty Shipped:   24

**Paid In Full**

| | | |
| --- | --- | --- |
| SUBTOTAL | 420.90 |
| MISC CHARGES | 0.00 |
| SALES TAX | 38.97 |
| TOTAL | 459.87 |

** Component of a promotional item; Item will not be included in contents of package.



TENNESSEE DEPARTMENT OF CORRECTION

**INMATE GRIEVANCE**

DOWNS, Justin                    526490              TFCC AC-209
_____        _____        _____
NAME                              NUMBER            INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: Alpha Charlie 209 Has not had the opportunity
To Shower Since 8-6-24.

REQUESTED SOLUTION: I will Be allowed The opportunity to Shower 3 times
per Week while housed in Segregation and to Be Treated humanly.

_____              8-12-24
Signature of Grievant                    Date

===================================================================
Grievance
*TO BE COMPLETED BY GRIEVANCE CLERK*

7499-368020   AUG 20 2024   8-20-24   C. Christi
_____   _____   _____   _____
Grievance Number   Date Received              Signature Of Grievance Clerk
Received

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____   _____
                        New Due Date              Signature of Grievant

===================================================================
**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____
_____
_____

Chairperson's Response and Reason(s): _____
_____
_____
_____

DATE: _____   CHAIRPERSON: _____

Do you wish to appeal this response?   ✓ YES        NO

If yes, Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____   8-31-2024   Petel
GRIEVANT                    DATE              WITNESS

Distribution Upon Final Resolution:
    White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)              Page 1 of 2                    RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE    (continuation sheet)

DESCRIPTION OF PROBLEM: On 8-6-24 was The last time I was offered a shower. TDOC policy 506.116 under lawful authority of TCA 4-3-603 and TCA 4-3-1006 Health and Hygene provisions clearly States; Inmates housed on Segregation Shall Be Afforded The following: Opportunity to shower Three (3) Times weekly (Mon, WED, Fri or Tue, Thur, Sat).

I have not Been given The opportunity to Shower in six days. C/o Hall Came around Saturday 8-10-24 and logged (Y) on The Shower Box. (Y means yes) In reality upon review of The camera It will Show I Justin Downs #526490 was never given The opportunity to Shower after Asking multiple times to escort me to) The Shower on 8-10-24.

#526490

8-12-24

ALPHA - CHARLIE - POD

Name                    TDOC#              Cell #              DATE

8-12-2024

Distribution Upon Final Resolution:
White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)                    Page 2 of 2                    RDA 2244
Case 3:25-cv-00136    Document 1-2    Filed 02/07/25    Page 31 of 38 PageID #: 35



**TENNESSEE DEPARTMENT OF CORRECTION**
RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 8/20/2024

Please respond to the attached grievance, indicating any action taken.

Date Due: 8/27/2024

7499-368020
Grievance Number

Justin Downs
Inmate Name

526490
Inmate Number

All inmates are being offered showers 3 times a week if there is a reason that this does not happen "IE" Staff Shortage those showers will carry over to the next day.

SIGNATURE

C-27-24
DATE

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-3148 (Rev. 3-00)                                                            RDA 2244

VII.

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      11-8-24

Signature of Plaintiff          

Printed Name of Plaintiff       Justin W. Downs

Prison Identification #          526490

Prison Address                  140 Macon Way

Hartsville                    TN        37074
         *City*                  *State*    *Zip Code*

### B.     For Attorneys

Date of signing:      

Signature of Attorney          

Printed Name of Attorney        

Bar Number                     

Name of Law Firm               

Address                        

         *City*                  *State*    *Zip Code*

Telephone Number               

E-mail Address

| CLERK AND MASTER<br>303 EAST MAIN STREET,<br>ROOM 1<br>HARTSVILLE, TN 37074<br>(615) 374-2996 | STATE OF<br>TENNESSEE<br>CIVIL SUMMONS<br>page 1 of 1 | Case Number<br>7994 |
|---|---|---|

Justin Downs _____ VS Vincent Vintell _____

Served on: |

You are hereby summoned to defend a civil action filed against you in Hartsville, Trousdale County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 12/13/24 _____

Enika McCallen

Clerk / Deputy Clerk - _____

Attorney for Plaintiff: Pro-Se _____

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution and seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA §26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to: Shelly Jones, Clerk and Master, Trousdale County

## CERTIFICATION (IF APPLICABLE)

I, Shelly Jones, Clerk and Master of Trousdale County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk – _____

OFFICER'S RETURN: Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____ Date: _____ By: _____

RETURN ON SERVICE OF SUMMONS BY MAIL: I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the Defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires _____)

_____
Signature of Plaintiff

_____
Plaintiff's Attorney (or Person Authorized to Serve Process)

ADA: If you need assistance or accommodations because of a disability, please call Shelly Jones, ADA Coordinator, at (615) 374-2996

| CLERK AND MASTER<br>303 EAST MAIN STREET,<br>ROOM 1<br>HARTSVILLE, TN 37074<br>(615) 374-2996 | STATE OF<br>TENNESSEE<br>CIVIL SUMMONS<br>page 1 of 1 | Case Number<br>7994 |
|---|---|---|

| Justin Wayne Downs | VS | Trousdale Turner Correction Center<br>CORECIVIC |
|---|---|---|

| Served on: | |
|---|---|

You are hereby summoned to defend a civil action filed against you in Hartsville, Trousdale County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 12|13|24

_Erika Mcallen_
Clerk / Deputy Clerk -

Attorney for Plaintiff: Pro - Se

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA §26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to:    Shelly Jones, Clerk and Master, Trousdale County

## CERTIFICATION (IF APPLICABLE)

I, Shelly Jones, Clerk and Master of Trousdale County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk – _____

OFFICER'S RETURN: Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____ Date:_____ By:_____

RETURN ON SERVICE OF SUMMONS BY MAIL: I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the Defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires_____)

_____
Signature of Plaintiff

_____
Plaintiff's Attorney (or Person Authorized to Serve Process)

ADA: If you need assistance or accommodations because of a disability, please call Shelly Jones, ADA Coordinator, at (615) 374-2996

| IN THE CHANCERY COURT OF **Trousdale** COUNTY, TENNESSEE | **UNIFORM CIVIL AFFIDAVIT** **OF INDIGENCY** T.C.A. § 20-12-127, Tenn. Sup. Ct. R 29. | PART I ☐ PART 2 ☐ ACTION No. |
|---|---|---|

PLAINTIFF _Justin Downs_

DEFENDANT _Trousdale Turner Corrections Facility/Core Civic_

I, _Justin W. Downs_ , do solemnly swear under penalties of perjury, that I am a resident of Tennessee, and that owing to my poverty, I am unable to bear the expenses of the action which I am about to commence, and that I am justly entitled to the relief sought, to the best of my belief. The following facts support my poverty.

| 1. Full Name _Justin Wayne Downs_ | 3. Telephone Number _N/A_ |
|---|---|
| 2. Address _140 macon way   Hartsville TN 37074_ | 4. Date & Place of Birth _01-05-94   MI_ |

| 5. Names & Ages of All Dependents | Name _N/A_ | | Age | Relation |
|---|---|---|---|---|
| | Name | | Age | Relation |
| | Name | | Age | Relation |
| | Name | | Age | Relation |

| 6. I am employed by | Employer _N/A_ | Employer's Address _N/A_ | Employer's Phone Number _N/A_ |
|---|---|---|---|

7. My present income, *from all sources*, after federal income/social security taxes are deducted, is $ _∅_ per week   $ _22.00_ per month

8. I receive or expect to receive money from the following:

| | | | |
|---|---|---|---|
| SSI $ _N/A_ per month beginning | AFDC $ ___ per month beginning | | |
| Retirement $ ___ per month beginning | Unemployment $ _N/A_ per month beginning | | |
| Other $ _22.00_ per month beginning | Worker's comp $ _N/A_ per month beginning | | |
| | Disability $ ___ per month beginning | | |

9. My expenses are

| | | | | | |
|---|---|---|---|---|---|
| Rent/House Pmt $ _N/A_ per month | Gas $ ___ per month | School Supplies $ ___ per month |
| Groceries $ _22.00_ per month | Transportation $ _N/A_ per month | Clothing $ _N/A_ per month |
| Electricity $ _N/A_ per month | Medical/Dental $ ___ per month | Child Care $ ___ per month |
| Water $ _N/A_ per month | Telephone $ ___ per month | Child Support $ ___ per month |
| Other (identify) | | | | per month |

10. My assets are (Fair Market Value)   Automobile $ _∅_   House $ _∅_   Checking/Savings Account $ _∅_   Other $ _115.00_

| 11. My debts are | $ _∅_ | Owed to | | Reason for debt | |
|---|---|---|---|---|---|
| | $ _∅_ | Owed to | _N/A_ | Reason for debt | _N/A_ |
| | $ _∅_ | Owed to | | Reason for debt | |
| | $ _∅_ | Owed to | | Reason for debt | |

NOTICE: filing under a pauper's oath without giving security for costs and without payment of litigation taxes due does not relieve you from responsibility for the costs and taxes but suspends their collection until taxed by the court. T.C.A. §20-12-127(b).

**I hereby further declare under the penalty of perjury that the foregoing answers are true, correct, and complete and that I am financially unable to pay the costs of this action.**

Sworn to and subscribed before me this _8_ day of ~~Sept~~ Nov 20 _24_

PLAINTIFF SIGNATURE _[signature]_

DEPUTY CLERK

## DETERMINATION OF INDIGENCY

It appears based upon this affidavit filed in this action, and after due inquiry made, that the PLAINTIFF:

☐ is an indigent resident of Tennessee and is qualified to file this case on a pauper's oath.

☐ is not an indigent person eligible to file upon a pauper's oath because:

FILED FOR RECORD THIS _2_ DAY OF _December_ 20 _24_ AM ___ PM

CLERK AND MASTER _enila McCann_

DEPUTY CLERK

TROUSDALE COUNTY, TENNESSEE

MINUTE BOOK ___ PAGE ___

THIS _2_ DAY OF _December_, 20 _24_.

CHANCELLOR _CM_

***NOTICE: IF THE COURT DETERMINES THAT BASED UPON YOUR AFFIDAVIT YOU ARE NOT ELIGIBLE TO PROCEED UNDER A PAUPER'S OATH, YOU HAVE THE RIGHT TO A HEARING BEFORE THE CHANCELLOR.***

Page 1 of 1 page.
UNIFORM AFFIDAVIT OF INDIGENCY
Form 086E, Rev. 2009.02.07

| CLERK AND MASTER<br>303 EAST MAIN STREET,<br>ROOM 1<br>HARTSVILLE, TN 37074<br>(615) 374-2996 | STATE OF<br>TENNESSEE<br>CIVIL SUMMONS<br>page 1 of 1 | Case Number<br>_____<br>7994 |
|---|---|---|

| _Justin Downs_ VS _Vincent Vintell_ |
|---|
| Served on: |

You are hereby summoned to defend a civil action filed against you in Hartsville, Trousdale County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _12/13/24_

_Enita McCallen_
Clerk / Deputy Clerk - _____

Attorney for Plaintiff: _Pro -Se_
_____
_____

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA §26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to:     Shelly Jones, Clerk and Master, Trousdale County

## CERTIFICATION (IF APPLICABLE)

I, Shelly Jones, Clerk and Master of Trousdale County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk – _____

OFFICER'S RETURN: Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____
_____
_____ Date: _1/9/2025_ By: _____

RETURN ON SERVICE OF SUMMONS BY MAIL: I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the Defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____          _____
                                          Notary Public / Deputy Clerk (Comm. Expires _____ )

_____                  _____
Signature of Plaintiff                    Plaintiff's Attorney (or Person Authorized to Serve Process)

_ADA: If you need assistance or accommodations because of a disability, please call Shelly Jones, ADA Coordinator, at (615) 374-2996_

| CLERK AND MASTER<br>303 EAST MAIN STREET,<br>ROOM 1<br>HARTSVILLE, TN 37074<br>(615) 374-2996 | STATE OF<br>TENNESSEE<br>CIVIL SUMMONS<br>page 1 of 1 | Case Number<br><br>7994 |
|---|---|---|

Justin Wayne Downs VS Trousdale Turner Correction Cent of
CORECIVIC

Served on:

You are hereby summoned to defend a civil action filed against you in Hartsville, Trousdale County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 12/13/24

Erika McCallum
Clerk / Deputy Clerk - _____

Attorney for Plaintiff: Pro - Se

_____

_____

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA §26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to: Shelly Jones, Clerk and Master, Trousdale County

## CERTIFICATION (IF APPLICABLE)

I, Shelly Jones, Clerk and Master of Trousdale County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk – _____

OFFICER'S RETURN: Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____ Date: 1/9/2025 By: _____

RETURN ON SERVICE OF SUMMONS BY MAIL: I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the Defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff

Plaintiff's Attorney (or Person Authorized to Serve Process)

ADA: If you need assistance or accommodations because of a disability, please call Shelly Jones, ADA Coordinator, at (615) 374-2996